STATE OF CONNECTICUT *v.* HENRY BECKENBACH

The state's petition for certification for appeal from the Appellate Court, 1 Conn. App. 669, is granted.

*John M. Massameno,* assistant state's attorney, in support of the petition.

*Joseph E. Fazzano,* in opposition.

Decided June 27, 1984

KARIN L. BREY *v.* HARRY F. BREY

The plaintiff's petition for certification for appeal from the Appellate Court, 1 Conn. App. 397, is denied.

*Hans C. F. Wriedt,* in support of the petition.

Decided June 27, 1984